# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Debra Roschen, James Roschen, Megan Roschen, Steve Drazkowski, Laura Drazkowski, Kinsey Drazkowski, David Harms, C. Merl Norman, Anna Mae Norman, Beverly Snow, Jerry Snow, Jerry Gelao, John Adams, Donna Adams, Virginia Kautz, Julie Porcher, Marlin Graves, Karen Graves<br><br>Plaintiffs,<br><br>v.<br><br>Wabasha County; Anoka County;Anoka County Community Corrections and Its Director Dylan Warkentin in his Individual and official capacity; Benton County; Blue Earth County; Blue Earth County Community Corrections and its Director Josh Milow in his individual and official capacity; Chisago County; Dakota County; Dodge County; Douglas County; Faribault County, Goodhue County; Hennepin County, Hennepin County Community Corrections and its Director Tom Merkel in his individual and official capacity; Jackson County; Lake County; Martin County; Mille Lacs County; Nicollet County; Olmsted County; Ottertail County; Ramsey County; Renville County; St. Louis County; Scott County; Steele County; Washington County; Winona County; Wright County; Mona Dohman, acting in her individual and official capacity as Commissioner of Public Safety; Lori Swanson, in her individual capacity and official capacity as Attorney General of Minnesota; Colonel Kevin Daly in his individual capacity and official capacity as Chief of State Patrol of Minnesota, Lucinda | Case No. 13-CV-2490 (ADM/SER)<br><br><br><br>**MOTION TO DISMISS BY DEFENDANTS WABASHA COUNTY, BENTON COUNTY, BLUE EARTH COUNTY, BLUE EARTH COUNTY COMMUNITY CORRECTIONS AND JOSH MILOW, CHISAGO COUNTY, DODGE COUNTY, DOUGLAS COUNTY, FARIBAULT COUNTY, GOODHUE COUNTY, JACKSON COUNTY, LAKE COUNTY, MARTIN COUNTY, MILLE LACS COUNTY, NICOLLET COUNTY, OTTER TAIL COUNTY, RENVILLE COUNTY, SCOTT COUNTY, STEELE COUNTY, WASHINGTON COUNTY, WINONA COUNTY AND WRIGHT COUNTY** |

1

Jesson in her individual and official capacity as Commissioner of Minnesota Department of Human Services; Tom Roy in his individual capacity and official capacity as Commissioner of Minnesota Department of Corrections; Jeff Shorba in his individual capacity and official capacity as State Court Administrator; City of Austin; City of Cannon Falls; City of Chaska; City of Cloquet; City of Deerwood; City of Duluth; City of Eagan; City of Fairmont; City of Goodview; City of Hastings; City of Kasson; City of Kenyon; City of Lake City; Lakes Area Police Department; City of Mantorville; City of Medina; City of Minneapolis; City of Minnetonka; City of Oakdale; City of Park Rapids; City of Plainview; City of Prior Lake; City of Red Wing; City of Richfield; City of Rochester; City of Rosemount; City of Roseville; City of Sartell; City of St. Cloud; City of St. Paul; City of Staples; City of Stillwater; City of Wabasha; City of Waterville; City of Wells; City of White Bear Lake; City of Winona; Fond du Lac Police Department; Metro Transit Police Department; John and Jane Does (1-1000) acting in their individual capacity as supervisors, officers, deputies, staff, investigators, employees or agents of law enforcement agencies sited in Minnesota; Department of Public Safety Does (1-30) acting in their in their individual capacity as officers, supervisors, staff, employees, independent contractors or agents of the Minnesota Department of Public Safety; and Entity Does (1-50) including cities, counties, Municipalities, district courts, court services, and other entities sited in Minnesota;

Defendants.

Based upon all the files, records, and proceedings herein, Defendants Wabasha County, Benton County, Blue Earth County, Blue Earth County Community Corrections and Josh Milow, Chisago County, Dodge County, Douglas County, Faribault County, Goodhue County, Jackson County, Lake County, Martin County, Mille Lacs County, Nicollet County, Otter Tail County, Renville County, Scott County, Steele County, Washington County, Winona County and Wright County hereby move the Court pursuant to Fed. R. Civ. P. 12(b)(6) and 12(c) to:

1. Dismiss Plaintiffs' Complaint, and all the claims stated therein against Defendants Wabasha County, Benton County, Blue Earth County, Blue Earth County Community Corrections and Josh Milow, Chisago County, Dodge County, Douglas County, Faribault County, Goodhue County, Jackson County, Lake County, Martin County, Mille Lacs County, Nicollet County, Otter Tail County, Renville County, Scott County, Steele County, Washington County, Winona County and Wright County, in its entirety with prejudice and on the merits because Plaintiffs fail to state a claim upon which relief can be granted and because many of Plaintiffs' claims are barred by the statute of limitations;

2. Enter judgment accordingly; and

3. Award Defendants Wabasha County, Benton County, Blue Earth County, Blue Earth County Community Corrections and Josh Milow, Chisago County, Dodge County, Douglas County, Faribault County, Goodhue County, Jackson County, Lake County, Martin County, Mille Lacs County, Nicollet County, Otter Tail County, Renville County, Scott County, Steele County, Washington County, Winona County and

Wright County their reasonable costs and disbursements in their entirety and to be determined.

Date: 10/21/13

**JARDINE, LOGAN AND O'BRIEN, PLLP**

By: *[signature]*
JESSICA E. SCHWIE (A.R. #296880)
JOSEPH E. FLYNN (A.R. #165712)
JAMIE L. GUDERIAN (A.R.#0391745)
8519 Eagle Point Boulevard, Suite 100
Lake Elmo, MN 55042
Phone: 651-290-6500
Fax: 651-223-5070
Email: jschwie@jlolaw.com
jflynn@jlolaw.com
jguderian@jlolaw.com

**Attorneys for Defendants Wabasha County, Benton County, Blue Earth County, Blue Earth County Community Corrections and Josh Milow, Chisago County, Dodge County, Douglas County, Faribault County, Goodhue County, Jackson County, Lake County, Martin County, Mille Lacs County Nicollet County, Otter Tail County, Renville County, Scott County, Steele County, Washington County, Winona County and Wright County**

4