## UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| James Roschen et al.,<br><br>      Plaintiffs,<br><br>v.<br><br>Wabasha County et al.,<br><br>      Defendants. | Case No. 0:13-cv-02490-ADM-SER |

## **ORDER**

On September 25, 2014, Plaintiff filed a voluntary dismissal of all claims against Defendants, Mona Dohman, Lori Swanson, Kevin Daly, Lucinda Jesson, Tom Roy, and Jeff Shorba, as well as their claims against John Does and Entity Does.  This adjudicated the matter as to all parties.

LET JUDGMENT BE ENTERED ACCORDINGLY.

BY THE COURT:

s/Ann D. Montgomery
ANN D. MONTGOMERY
UNITED STATES DISTRICT JUDGE

Dated: October 23, 2014