# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| James Roschen, Megan Roschen, Laura Drazkowski, Kinsey Drazkowski, David Harms, Beverly Snow, Jerry Snow, Jerry Gelao, John Adams, Donna Adams, Virginia Kautz, Julie Porcher, Marlin Graves, Karen Graves, Debra Roschen, Steve Drazkowski, C. Merl Norman, and Anna Mae Norman, | **JUDGMENT IN A CIVIL CASE** |

Plaintiffs,

v.

Case Number    13-2490 ADM/SER

Wabasha County et al.,

Defendants..

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

On September 25, 2014, Plaintiff filed a voluntary dismissal of all claims against Defendants, Mona Dohman, Lori Swanson, Kevin Daly, Lucinda Jesson, Tom Roy, and Jeff Shorba, as well as their claims against John Does and Entity Does. This adjudicated the matter as to all parties.

Date: October 24, 2014                                       RICHARD D. SLETTEN, CLERK

                                                                          s/M. Price
                                                         (By)         M. Price, Deputy Clerk